# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD SELTZER, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| DUNKIN' DONUTS, Inc., *et al.*, | : | |
| Defendants. | : | No. 09-5484 |

## O R D E R

**AND NOW**, this 20th day of April, 2011, upon consideration of Defendants' Motion to Dismiss (Docket No. 10), it is hereby **ORDERED** that the Motion is **GRANTED in PART** and **DENIED in PART**, as follows:

1. The Motion is **GRANTED** with regard to Counts II, VI, X and XIV of the Complaint, which present third-party beneficiary claims on behalf of Plaintiffs AAA Development & Management, AAA Development Group, AAA Yowza and Yowza Enterprises (collectively, "the Entity Plaintiffs"); and Counts IV, VIII, XII and XVI of the Complaint, which present tortious interference claims on behalf of the Entity Plaintiffs.

2. The Motion is **DENIED** with regard to Counts III, VII, XI and XV of the Complaint, which present promissory estoppel claims on behalf of the Entity Plaintiffs; and Counts V, IX, XIII and XVII of the Complaint, which present fraudulent misrepresentation claims on behalf of the Entity Plaintiffs.

BY THE COURT:

  S/Gene E.K.Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE