IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD SELZER, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| DUNKIN' DONUTS, Inc., *et al.*, | : | |
| Defendants. | : | No. 09-5484 |

## ORDER

**AND NOW**, this 3rd day of April, 2014, upon consideration of Defendants' Motion to Strike (Docket No. 118), Plaintiffs' Opposition (Docket No. 123), and the parties' supplemental briefing (Docket Nos. 130, 131), it is hereby **ORDERED** that Defendant's Motion (Docket No. 118) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE