IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD SELZER, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| DUNKIN' DONUTS, Inc., *et al.*, | : | |
| Defendants. | : | No. 09-5484 |

# ORDER

**AND NOW**, this 15th day of June, 2015, upon consideration of Plaintiffs' Motion for Sanctions (Docket No. 184), Defendants' Opposition (Docket No. 189), and Plaintiffs' Reply (Docket No. 212), it is hereby **ORDERED** that Plaintiffs' Motion (Docket No. 184) is **DENIED**.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE